USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DANIEL MARTINEZ, :
:
                           Plaintiff, :           1:25-cv-5288-GHW
:
        -against- :              ORDER
:
LA POTENCIA DELI GROCERY CORP., *et al.*, :
:
                          Defendants. :
:
-----------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On July 25, 2025, Plaintiff submitted a notice of voluntary dismissal, seeking to dismiss this action against Defendants without prejudice under 41(a)(1)(A)(i). Dkt. No. 13. In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022), the Second Circuit concluded that the Court must evaluate voluntary dismissals of Fair Labor Standards Act ("FLSA") claims without prejudice under Rule 41(a)(1)(A) to ensure that they do not obscure a settlement. As a result, the Court cannot endorse Plaintiff's stipulation of dismissal in its current form without conducting appropriate diligence as mandated by the Second Circuit. The Court will accept a stipulation of dismissal under Rule 41(a)(1)(A)(i) so long as the plaintiff certifies that there has been no settlement of FLSA claims. Counsel are directed to review the Second Circuit's opinion in *Thunder Lube* and to submit a sworn affidavit in support of the stipulation no later than August 1, 2025. *Thunder Lube* is controlling precedent in the Second Circuit—one with which regular FLSA practitioners should be familiar.

       SO ORDERED.

Dated: July 25, 2025
       New York, New York

                                                    GREGORY H. WOODS
                                               United States District Judge