```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
DANIEL MARTINEZ,                                                 :
                                                                 :
                                        Plaintiff,               :        1:25-cv-5288-GHW
                                                                 :
                -v-                                              :        ORDER
                                                                 :
LA POTENCIA DELI GROCERY CORP., et al.,                          :
                                                                 :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2025

GREGORY H. WOODS, United States District Judge:

On July 25, 2025, Plaintiff filed a letter requesting dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 13. That same day, the Court issued an order directing Plaintiff to the Second Circuit's opinion in *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022), and directing Plaintiff to submit a sworn affidavit in support of the proposed dismissal. Dkt. No. 14. On August 1, 2025, Plaintiff filed a sworn affidavit asserting that he has not reached a settlement with Defendants and "no longer wants to pursue the claims" in this case. Dkt. No. 15.

In *Samake v. Thunder Lube, Inc.*, the Second Circuit held that the Court must evaluate voluntary dismissals of FLSA claims without prejudice under Fed. R. Civ. P. 41(a)(1)(A) to ensure that they do not obscure a settlement. 24 F.4th at 807. Based on Plaintiff's affidavit, the Court concludes that there is no underlying settlement. The Court therefore accepts Plaintiff's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 3, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge